FILED 27 SEP '11 14:27 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DANIEL WARD WILLIAMS, | ) |
| | ) Civil No. 10-3144-JO |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) ORDER TO DISMISS |
| RICK COURSEY, Superintendent, | ) |
| Eastern Oregon Correctional | ) |
| Institution, | ) |
| | ) |
| Respondent. | ) |

JONES, District Judge.

Petitioner's unopposed Motion [18] to Voluntarily Dismiss Habeas Corpus Petition without Prejudice is GRANTED.

IT IS SO ORDERED.

DATED this 26th day of September, 2011.

Robert E. Jones
United States District Judge

1 - ORDER TO DISMISS